Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22781−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret L. Boone
   25 Taisley Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4763

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 6, 2019.

On 4/25/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           April 8, 2020
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 25, 2020
JAN: vpm

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                       Case No. 19-22781-MBK
Margaret L. Boone                                                            Chapter 13
           Debtor            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3          Date Rcvd: Feb 25, 2020
                              Form ID: 185                Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +Margaret L. Boone,    25 Taisley Lane,    Burlington, NJ 08016-5159
518325810       American Express,    PO Box 981535,    El Paso, TX 79998-1535
518386789       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518325811      +American Heritage,    PO Box 52779,    Philadelphia, PA 19115-7779
518325812     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982236,    El Paso, TX 79998-2236)
518431647       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
518415897      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518325815      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518416209       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518325816      +Citi Cards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
518448306      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518325817       Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
518325819      +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
518325820      +Ditech,    1100 Virginia Dr, #100A,    Fort Washington, PA 19034-3277
518325821      +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
518410078      +Federal Home Loan Corporation, Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518363840      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518325827     #+Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy,    Suite 333,
                 Cherry Hill, NJ 08034-1910
518325829      +Lexus Financial,    240 Gibraltar Rd,    Horsham, PA 19044-2334
518325830      +Lowe’s,    PO Box 965040,    Orlando, FL 32896-5040
518365856     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:   First National Bank of Omaha,    1620 Dodge Street, Stop Code 3105,
                 Omaha, NE 68197)
518431968      +SST as servicing agent for Borrowers1st Inc,    4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
518325835      +SST/Funding Trust,    4315 Picket Rd,    Saint Joseph, MO 64503-1600
518325836     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation- Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695)
518325833      +Sofi,    375 Healdsburg Ave, Ste 280,    Healdsburg, CA 95448-4151
518325834      +Specialized Loan Servicing,    8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386
518325837      +State of New Jersey Division of Taxation,    Attn: Bankruptcy,    50 Barrack Street,    PO Box 245,
                 Trenton, NJ 08695-0245
518325838      +State of New Jersey, Div of Taxation,    PO Box 080,    Trenton, NJ 08625-0080
518325840      +TD Bank USA/Target Credit,    PO Box 1470,    Minneapolis, MN 55440-1470
518325841      +Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518413980      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518363458      +U.S. Bank National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518440683       U.S. Bank National Association, as Trustee, for Ir,    c/o Ditech Financial LLC,    PO Box 12740,
                 Tempe, AZ 85284-0046
518428538       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518325843      +Wells Fargo Card Service,    Credit Bureau Resolution,    PO Box 14517,
                 Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 23:59:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 23:59:29      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518325809      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:28      Amazon/Synchrony Bank,
                 PO Box 965015,    Orlando, FL 32896-5015
518458327      +E-mail/Text: broman@amhfcu.org Feb 25 2020 23:59:38      American Heritage FCU,
                 Brian Romaniello,    2060 Red Lion Rd.,    Philadelphia, Pa 19115-1603
518325813      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 26 2020 00:06:24      Capital One,
                 Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
518392366      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2020 00:06:03
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518325814      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:07:13      Care Credit - Synchrony Bank,
                 PO Box 965036,    Orlando, FL 32896-5036
518325818      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 26 2020 00:05:41      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518341212       E-mail/Text: mrdiscen@discover.com Feb 25 2020 23:58:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518325822       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 23:58:42      IRS,
                 District Director of the IRS,    955 South Springfield Avenue,    Springfield, NJ 07081
```

```
District/off: 0312-3          User: admin                Page 2 of 3                 Date Rcvd: Feb 25, 2020
                              Form ID: 185               Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518325825      +E-mail/Text: bk.notifications@jpmchase.com Feb 25 2020 23:59:19      JP Morgan Chase Bank,
                 PO Box 29505,    Phoenix, AZ 85038-9505
518325826       E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 23:58:27      Kohl's/Capital One,
                 Kohl's Payment Center,    PO Box 2983,   Milwaukee, WI 53201-2983
518579456       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:05:48      LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
518579457       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:05:49      LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518573744      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:05:49      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
518573743       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:06:34      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
518441263       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:06:35      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518325828      +E-mail/Text: bk@lendingclub.com Feb 25 2020 23:59:57      Lending Club,
                 71 Stevenson Street, Ste 300,    San Francisco, CA 94105-2985
518404934       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 26 2020 00:06:14      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518325831      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 26 2020 00:05:25      Merrick Bank,
                 10705 S Jordan Gtwy Ste 200,    South Jordan, UT 84095-3977
518446002       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:06:27
                 Portfolio Recovery Associates, LLC,    c/o Amazon,   POB 41067,   Norfolk VA 23541
518447278       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:06:27
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,   Norfolk VA 23541
518446933       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:20:19
                 Portfolio Recovery Associates, LLC,    c/o Juniper,   POB 41067,   Norfolk VA 23541
518445861       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:07:25
                 Portfolio Recovery Associates, LLC,    c/o Lowe's,   POB 41067,   Norfolk VA 23541
518445986       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:19:47
                 Portfolio Recovery Associates, LLC,    c/o Paypal Extras Mastercard,    POB 41067,
                 Norfolk VA 23541
518445891       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:05:37
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,   POB 41067,    Norfolk VA 23541
518325832      +E-mail/Text: bankruptcy@prosper.com Feb 25 2020 23:59:59      Prosper Marketplace,
                 221 Main Street, #300,    San Francisco, CA 94105-1909
518449047      +E-mail/Text: bncmail@w-legal.com Feb 25 2020 23:59:40      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518434656      +E-mail/Text: specialservicing@sofi.com Feb 26 2020 00:00:07      SoFi Lending Corp,
                 One Letterman Dr Bldg A Ste 4700,    San Francisco, CA 94129-1512
518325839       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:27      Syncb/PPMC,    PO Box 965005,
                 Orlando, FL 32896-5306
518328787      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:06:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518446613      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518394754      +E-mail/Text: bncmail@w-legal.com Feb 25 2020 23:59:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518435429      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2020 00:06:02      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518325842      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:29      Wal-Mart / Synchrony Bank,
                 PO Box 965024,   Orlando, FL 32896-5024
                                                                                              TOTAL: 35


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518325844        xx,   xx
cr*             +U.S. Bank National Association,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
518325823*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: IRS,    United States Attorney for the IRS,
                  970 Broad Street, 5th Floor,    Newark, NJ 07102)
518325824*      +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin                 Page 3 of 3                  Date Rcvd: Feb 25, 2020
                              Form ID: 185                Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert   Braverman    on behalf of Debtor Margaret L. Boone rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;rbraverman@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelll
               egal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com
              Shauna M Deluca    on behalf of Creditor   U.S. Bank National Association sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```