UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Margaret L. Boone**

Case No.        **19-22781**

Chapter:         **13**

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Margaret L. Boone**_____, debtor in this case certify as follows:

1.      All payments required to be made by me under my plan have been made and are paid in full.

2.   ☑   I am not required to pay domestic support obligations.

☐   I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **June 25, 2024**          **/s/ Margaret L. Boone**
                                    **Margaret L. Boone**
                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*