**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Margaret L. Boone | Social Security number or ITIN  xxx–xx–4763 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22781–MBK | |

# Order of Discharge                                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Margaret L. Boone

<u>8/8/24</u>                                                    **By the court:** <u>Michael B. Kaplan</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22781-MBK |
| Margaret L. Boone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret L. Boone, 25 Taisley Lane, Burlington, NJ 08016-5159 |
| cr | + | Federal Home Loan Mortgage Corporation, as Trustee, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 518325811 | + | American Heritgage, PO Box 52779, Philadelphia, PA 19115-7779 |
| 518325819 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 518325827 | + | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy, Suite 333, Cherry Hill, NJ 08034-1910 |
| 518325829 | + | Lexus Financial, 240 Gibraltar Rd, Horsham, PA 19044-2334 |
| 518325830 | + | Lowe's, PO Box 965040, Orlando, FL 32896-5040 |
| 518325835 | + | SST/Funding Trust, 4315 Picket Rd, Saint Joseph, MO 64503-1600 |
| 518434656 | | SoFi Lending Corp. Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518325838 | + | State of New Jersey, Div of Taxation, PO Box 080, Trenton, NJ 08625-0080 |
| 518440683 | | U.S. Bank National Association, as Trustee, for Ir, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518325809 | + | EDI: SYNC | Aug 09 2024 00:38:00 | Amazon/Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 518325810 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:48:20 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518386789 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:59:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518458327 | + | Email/Text: jvalencia@amhfcu.org | Aug 08 2024 20:46:00 | American Heritage FCU, Brian Romaniello, 2060 Red Lion Rd., Philadelphia, Pa 19115-1603 |
| 518325812 | | EDI: BANKAMER | Aug 09 2024 00:38:00 | Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518415897 | | EDI: BANKAMER2 | Aug 09 2024 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518431647 | | EDI: BANKAMER | Aug 09 2024 00:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518325815 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518325817 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 79 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Aug 08 2024 20:44:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 518325813 | + | EDI: CAPITALONE.COM | Aug 09 2024 00:38:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518392366 | + | EDI: AIS.COM | Aug 09 2024 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518416209 |  | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:59:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518325814 | + | EDI: SYNC | Aug 09 2024 00:38:00 | Care Credit - Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 518325816 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518448306 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518325818 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 20:48:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518341212 |  | EDI: DISCOVER | Aug 09 2024 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518325820 | + | EDI: LCIPHHMRGT | Aug 09 2024 00:38:00 | Ditech, 1100 Virginia Dr, #100A, Fort Washington, PA 19034-3277 |
| 518325821 |  | Email/Text: collecadminbankruptcy@fnni.com | Aug 08 2024 20:45:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 518365856 |  | Email/Text: collecadminbankruptcy@fnni.com | Aug 08 2024 20:45:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 518410078 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 08 2024 20:45:00 | Federal Home Loan Corporation, Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 520323036 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520323035 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518325822 |  | EDI: IRS.COM | Aug 09 2024 00:38:00 | IRS, District Director of the IRS, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 518325825 |  | EDI: JPMORGANCHASE | Aug 09 2024 00:38:00 | JP Morgan Chase Bank, PO Box 29505, Phoenix, AZ 85038 |
| 518363840 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518325826 |  | Email/Text: PBNCNotifications@peritusservices.com | Aug 08 2024 20:44:00 | Kohl's/Capital One, Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518579457 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 20:49:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518573743 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 20:48:18 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518579456 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 20:48:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518573744 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 20:48:43 | LVNV Funding LLC, c/o Resurgent Capital |

| Case 19-22781-MBK | Doc 68 | Filed 08/10/24 | Entered 08/11/24 00:12:11 | Desc Imaged |
Certificate of Notice    Page 5 of 7

District/off: 0312-3      User: admin      Page 3 of 5
Date Rcvd: Aug 08, 2024      Form ID: 3180W      Total Noticed: 79

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518441263 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 20:48:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518325828 | + | EDI: LENDNGCLUB | Aug 09 2024 00:38:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 518404934 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 20:59:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518325831 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 20:48:18 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 518797334 | | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518797335 | | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518446002 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518447278 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518446933 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 518445861 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518445986 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518445891 | | EDI: PRA.COM | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518325832 | ^ | MEBN | Aug 08 2024 20:42:57 | Prosper Marketplace, 221 Main Street, #300, San Francisco, CA 94105-1909 |
| 518449047 | + | Email/Text: bncmail@w-legal.com | Aug 08 2024 20:46:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519054562 | | EDI: Q3G.COM | Aug 09 2024 00:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519054563 | + | EDI: Q3G.COM | Aug 09 2024 00:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Velocity Investments LLC 98083-0788 |
| 518431968 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 08 2024 20:48:51 | SST as servicing agent for Borrowers1st Inc, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 518325836 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 08 2024 20:44:00 | State of New Jersey, Division of Taxation- Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518325837 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 08 2024 20:44:00 | State of New Jersey Division of Taxation, Attn: Bankruptcy, 50 Barrack Street, PO Box 245, Trenton, NJ 08695 |
| 518325833 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 08 2024 20:49:15 | Sofi, 375 Healdsburg Ave, Ste 280, Healdsburg, CA 95448-4151 |
| 518325834 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 79 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 08 2024 20:45:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518325839 | | EDI: SYNC | Aug 09 2024 00:38:00 | Syncb/PPMC, PO Box 965005, Orlando, FL 32896-5306 |
| 518446613 | + | EDI: AIS.COM | Aug 09 2024 00:38:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394754 | + | Email/Text: bncmail@w-legal.com | Aug 08 2024 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518325840 | + | EDI: WTRRNBANK.COM | Aug 09 2024 00:38:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 518325841 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 08 2024 20:45:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518413980 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 08 2024 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518807567 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 21:00:02 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519744754 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | U.S. Bank National Association, NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519744755 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:45:00 | U.S. Bank National Association, NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603, U.S. Bank National Association 29603-0826 |
| 518363458 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 20:44:00 | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518435429 | + | EDI: AIS.COM | Aug 09 2024 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518325842 | + | EDI: SYNC | Aug 09 2024 00:38:00 | Wal-Mart / Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 518428538 | | EDI: WFFC2 | Aug 09 2024 00:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518325843 | + | EDI: WFFC2 | Aug 09 2024 00:38:00 | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 68

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518325844 | | xx, xx |
| cr | *+ | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518325823 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, United States Attorney for the IRS, 970 Broad Street, 5th Floor, Newark, NJ 07102 |
| 518325824 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 19-22781-MBK    Doc 68    Filed 08/10/24    Entered 08/11/24 00:12:11    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 79 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor Federal Home Loan Mortgage Corporation laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert Braverman | on behalf of Debtor Margaret L. Boone rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| Thomas G. Egner | on behalf of Debtor Margaret L. Boone tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14